1  Michael L. Charlson (SBN 122125)
   HELLER EHRMAN LLP
2  275 Middlefield Road
   Menlo Park, CA 94025-3506
3  Phone: +1.650.324.7000
   Facsimile: +1.650.324.0638
4  E-Mail: Michael.Charlson@hellerehrman.com

5  Carol Lynn Thompson (SBN 148079)
   Nathaniel Spencer-Mork (SBN 226886)
6  HELLER EHRMAN LLP
   333 Bush Street
7  San Francisco, CA  94104-2878
   Telephone: +1.415.772.6000
8  Facsimile: +1.415.772.6268
   E-Mail: CarolLynn.Thompson@hellerehrman.com
9  E-Mail: Nate.SpencerMork@hellerehrman.com

10
    Attorneys for Defendants
11
    [Appearance Of Additional Counsel
12  Noted On Signature Page]

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

16  ROSENBAUM CAPITAL, LLC,                  | Case No.:  3:07-CV-0392 SC

17                          Plaintiff,       | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE FOR MOTIONS TO DISMISS**
18            v.
19  JOHN E. MCNULTY, TIM STEINKOPF AND
    SECURE COMPUTING CORPORATION,           | The Honorable Samuel Conti
20
                            Defendants.

21
22
23
24
25
26
27
28

Heller Ehrman LLP

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE RE MOTIONS TO DISMISS, Case No.: 3:07-CV-0392 SC

The parties to the above-entitled action, by and through their counsel of record, hereby stipulate as follows:

## **STIPULATION**

WHEREAS, the complaint in this action was filed on January 19, 2007;

WHEREAS, Defendant Secure Computing Corporation ("Secure Computing") was served with the complaint and summons in this action on January 22, 2007, and pursuant to Federal Rule of Civil Procedure 12, Secure Computing's deadline to file a response to the complaint is February 14, 2007;

WHEREAS, Plaintiff Rosenbaum Capital, LLC ("Plaintiff") published notice of the pendency of this purported class action, pursuant to the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. §7 8u-4(a)(3)(A) on January 19, 2007, and according to the notice, the deadline for members of the purported class to file motions to be designated lead plaintiff is March 20, 2007;

WHEREAS, Plaintiff plans to file an Amended Complaint in this action;

WHEREAS, there have been no previous extensions of time in this action;

\*     \*     \*

NOW THEREFORE, it is hereby stipulated that, subject to the Court's approval, the following schedule shall apply to Defendants' responses to the Complaint and Amended Complaint in this case:

(1) Defendants shall not be required to respond to the Complaint in this action.

(2) Plaintiff shall file an Amended Complaint in this action no later than 45 days following issuance of an order by the Court appointing a lead plaintiff and lead counsel pursuant to the PSLRA, 15 U.S.C. §7 8u-4(a)(3)(B).

(3) Defendants shall file and serve any response to the Amended Complaint, including without limitation Motions to Dismiss pursuant to Federal Rule of Civil Procedure 12(b), no later than 45 days following service of Amended Complaint.

(4) Plaintiff shall file and serve Oppositions to any Motions to Dismiss the Amended Complaint 45 days following filing of any Motion to Dismiss the Amended Complaint.

Heller Ehrman LLP

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE RE MOTIONS TO DISMISS, Case No.: 3:07-CV-0392 SC

(5) Defendants shall file and serve any Reply in Support of any Motion to Dismiss 30 days following filing of Opposition(s) to any Motion to Dismiss.

SO STIPULATED.

| | |
|---|---|
| February 13, 2007 | HELLER EHRMAN LLP |
| | By  /s/ Michael L. Charlson |
| | MICHAEL L. CHARLSON |
| | Attorneys for Defendants |
| February 13, 2007 | GREEN WELLING LLP |
| | By  /s/ William B. Federman |

Attorneys for Plaintiffs
Robert S. Green
Elizabeth C. Guarnieri
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone; (415) 477-6700
Facsimile: (415) 477-6710
Email: cand.uscourts@classcounsel.com

William B. Federman
FEDERMAN & SHERWOOD
10205 N. Pennsylvania
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112

Mark Henzel
LAW OFFICES OF MARK HENZEL
273 Montgomery Ave., Suite 202
Bala Cynwyd, PA 19004
Telephone: (610) 660-8000
Facsimile: (610) 660-8080

Heller Ehrman LLP

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE RE MOTIONS TO DISMISS, Case No.: 3:07-CV-0392 SC

# [PROPOSED] ORDER

Having considered the stipulation of counsel and good cause appearing therefore, IT IS HEREBY ORDERED that:

(1) Defendants shall not be required to respond to the Complaint in this action.

(2) Plaintiff shall file an Amended Complaint in this action no later than 45 days following issuance of an order by the Court appointing a lead plaintiff and lead counsel pursuant to the PSLRA, 15 U.S.C. §7 8u-4(a)(3)(B).

(3) Defendants shall file and serve any response to the Amended Complaint, including without limitation Motions to Dismiss pursuant to Federal Rule of Civil Procedure 12(b), no later than 45 days following service of Amended Complaint.

(4) Plaintiff shall file and serve Oppositions to any Motions to Dismiss the Amended Complaint 45 days following filing of any Motion to Dismiss the Amended Complaint.

(5) Defendants shall file and serve any Reply in Support of any Motion to Dismiss 30 days following filing of Opposition(s) to any Motion to Dismiss.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 2/14/07



THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE
Heller Ehrman LLP

3

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE RE MOTIONS TO DISMISS, Case No.: 3:07-CV-0392 SC