1  Robert S. Green (State Bar No. 136183)
   **GREEN WELLING LLP**
2  595 Market Street, Suite 2750
3  San Francisco, CA 94105
   Telephone: (415) 477-6700
4  Facsimile: (415)477-6710
   cand.uscourts@classcounsel.com
5
   William B. Federman
6  **FEDERMAN & SHERWOOD**
   120 N. Robinson, Suite 2720
7  Oklahoma City, OK  73102
   Telephone:  (405) 235-1560
8  Fascimile:  (405) 239-2112
9
   Marc Henzel
10 **LAW OFFICES OF MARC S. HENZEL**
   273 Montgomery Ave., Suite 202
11 Bala Cynwyd, PA 19004
   Telephone: (610) 660-8000
12 Facsimile:  (610) 660-8080
13
   *Attorney for Movant Thomas Group*
14

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSENBAUM CAPITAL, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN E. MCNULTY, TIM STEINKOPF AND SECURE COMPUTING CORPORATION,<br><br>    Defendants. | Case No. 07-CV-0392-SC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING DATE OF CASE MANAGEMENT CONFERENCE**<br><br>Courtroom: 1<br>Judge:  Honorable Samuel Conti |

STIPULATION AND PROPOSED ORDER CONTINUING DATE OF CASE MANAGEMENT
CONFERENCE
Case No. 07-CV-0392-SC

**WHEREAS**, in the Stipulation and Order Extending Time to Respond to and Setting Briefing Schedule for Motions to Dismiss, the parties agreed, and this Court ordered, that plaintiffs file an amended complaint no later than 45 days following the issuance of an order by this Court appointing Lead Plaintiff and Lead Counsel; defendants file any response within 45 days of service of the amended complaint; plaintiffs file an opposition within 45 days after service of a motion to dismiss; and defendants file a reply within 30 days of the opposition;

**WHEREAS**, the plaintiffs intend to file an amended complaint no later than 45 days following the issuance of an order by this Court appointing Lead Plaintiff and Lead Counsel;

**WHEREAS**, the hearing regarding Lead Plaintiff and Lead Counsel is currently set for April 27, 2007, at 10 a.m., the same time the initial Case Management Conference is currently scheduled;

**WHEREAS**, the parties in this action have met and conferred and agree that it is in their mutual interest to continue the Case Management Conference until after the Court has ruled on a motion to dismiss the amended complaint, which is due within 45 days of the service of the amended complaint; or, if no motion to dismiss is filed, within 30 days of defendants' answer to the complaint;

**WHEREAS**, the proposed continuance will not prejudice any party and will not cause undue delay:

**IT IS THEREFORE STIPULATED THAT:**

The Case Management Conference shall be continued until either:

   (1) At least 30 days after the Court's ruling on a motion to dismiss; or

   (2) At least 30 days after defendants' answer to the complaint is filed, whichever comes first, and depending on the schedule of the Court.

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF CASE MANAGEMENT CONFERENCE
Case No. 07-CV-0392-SC

1

| | | |
|---|---|---|
| 1 | Dated: April 6, 2007 | **GREEN WELLING LLP** |
| 2 | | By: _____/s/_____ |
| 3 | | Robert S. Green |
| 4 | | 595 Market Street, Suite 2750 |
| | | San Francisco, CA 94105 |
| 5 | | Telephone: (415) 477-6700 |
| | | Facsimile: (415) 477-6710 |

Dated: April 6, 2007

**GREEN WELLING LLP**

By: _____/s/_____
Robert S. Green

595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415) 477-6710

William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, OK  73120
Telephone: (405) 235-1560
Facsimile: (405) 235-2112

Marc Henzel
**LAW OFFICES OF MARC S. HENZEL**
273 Montgomery Ave., Suite 202
Bala Cynwyd, PA 19004
Telephone: (610) 660-8000
Facsimile:  (610) 660-8080

*Attorneys For Movant Thomas Group*

Dated: April 6, 2007

**HELLER EHRMAN LLP**

By: _____/s/_____
Michael L. Charlson

275 Middlefield Rd.
Menlo Park, CA 94025-3506
Telephone: (650) 324-7000
Facsimile:  (650) 324-0638

Carol Lynn Thompson
Nathaniel Spencer-Mork
HELLER EHRMAN LLP
333 Bush St.
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile:  (415) 772-6268

*Attorneys For Defendants*

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF CASE MANAGEMENT CONFERENCE
Case No. 07-CV-0392-SC

2

**GENERAL ORDER 45(X)**

I, Robert S. Green, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45 (X)(B), I hereby attest that Michael L. Charlson concurred in this filing.

Dated: _____       By:  _____/s/_____
                                Robert S. Green

**[PROPOSED] ORDER**

Having considered the stipulation of counsel and good cause appearing therefore, **IT IS HEREBY ORDERED** that the Case Management Conference shall be continued, subject to further order of the Court, until:

(3) At least 30 days after the Court's ruling on a motion to dismiss; or

(4) At least 30 days after defendants' answer to the complaint is filed, whichever comes first.

CASE CONTINUED TO JUNE 29, 2007 AT 10:00 A.M.

Dated: 4/16/07       _____
                    THE HONORABLE SAMUEL CONTI
                    UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED* — Judge Samuel Conti, United States District Court, Northern District of California

STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF CASE MANAGEMENT CONFERENCE
Case No. 07-CV-0392-SC

3