Robert S. Green (State Bar No. 136183)
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415)477-6710
cand.uscourts@classcounsel.com

William B. Federman
**FEDERMAN & SHERWOOD**
120 N. Robinson, Suite 2720
Oklahoma City, OK 73102
Telephone: (405) 235-1560
Fascimile: (405) 239-2112

Marc Henzel
**LAW OFFICES OF MARC S. HENZEL**
273 Montgomery Ave., Suite 202
Bala Cynwyd, PA 19004
Telephone: (610) 660-8000
Facsimile: (610) 660-8080

*Attorney for Movant Thomas Group*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSENBAUM CAPITAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN E. MCNULTY, TIM STEINKOPF AND SECURE COMPUTING CORPORATION, <br><br> Defendants. | Case No. 07-CV-0392-SC <br><br> [PROPOSED] ORDER GRANTING MOVANT THOMAS GROUP'S MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND FOR APPROVAL OF ITS CHOICE OF LEAD AND LIAISON COUNSEL <br><br> Date: April 27, 2007 <br> Time: 10:00 a.m. <br> Courtroom: 1 <br> Judge: Honorable Samuel Conti |

[PROP] ORDER GRANTING MOVANT THOMAS GROUP'S MOT FOR APPOINTMENT OF LEAD PLF
Case No. 07-CV-0392-SC

Having considered Movant T. Paul Thomas and Plaintiff Rosenbaum Capital LLC's ("Thomas Group") Motion and Memorandum of Points and Authorities in Support of Motion; For Appointment of Lead Plaintiff; and For Approval of their Choice of Counsel as Lead Counsel for the Class,

IT IS HEREBY ORDERED THAT:

1. Pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), class member Thomas Group is appointed to serve as Lead Plaintiff for the Class of purchasers of Secure Computing Corporation securities from May 4, 2006, through July 11, 2006, inclusive (the "Class Period").

2. The law firm of Federman & Sherwood is approved as Lead Counsel. Lead Counsel shall provide general supervision of the activities of Plaintiff's counsel and shall have the following responsibilities and duties to perform or delegate as appropriate:

   a. To brief and argue motions;

   b. to initiate and conduct discovery, including, without limitation, coordination of discovery with Defendants' counsel and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

   c. to direct and coordinate the examination of witnesses in depositions;

   d. to act as spokesperson at pretrial conferences;

   e. to call and chair meetings of Plaintiff's counsel as appropriate or necessary from time to time;

   f. to initiate and conduct any settlement negotiations with counsel for Defendants;

   g. to provide general coordination of the activities of Plaintiff's counsel and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

   h. to consult with and employ experts;

1  i. to receive and review periodic time reports of all attorneys on behalf of Plaintiffs and to determine if the time is being spent appropriately and for the benefit of Plaintiffs; and

j. to perform such other duties as may be expressly authorized by further order of this Court.

3. The law firm Green Welling LLP is hereby approved as Liaison Counsel for the Class.

IT IS SO ORDERED.

DATED: May 3, 2007

_____
THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE

[PROP] ORDER GRANTING MOVANT THOMAS GROUP'S MOT FOR APPOINTMENT OF LEAD PLF
Case No. 07-CV-0392-SC                    2