Robert S. Green (State Bar No. 136183)
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: (415) 477-6700
Facsimile: (415)477-6710
cand.uscourts@classcounsel.com

*Liaison Counsel for Plaintiffs*

William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania
Oklahoma City, OK  73120
Telephone:  (405) 235-1560
Facsimile:  (405) 239-2112
wfederman@aol.com

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSENBAUM CAPITAL, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JOHN E. MCNULTY, TIM STEINKOPF AND SECURE COMPUTING CORPORATION,<br><br>　　　　　Defendants. | Case No. 07-CV-0392-SC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO MODIFY BRIEFING SCHEDULE**<br><br>Courtroom: 1<br>Judge:  Honorable Samuel Conti |

1    WHEREAS, the parties stipulated to a briefing schedule entered by the Court on May 3, 2007, providing that, among other things, that Plaintiffs file an amended complaint no later than 45 days following the issuance of an order by this Court appointing Lead Plaintiff and Lead Counsel; Defendants file any response within 45 days of service of the amended complaint; Plaintiffs file an opposition within 45 days after service of a motion to dismiss; and Defendants file a reply within 30 days of the opposition;

WHEREAS, this Court issued an Order appointing Lead Plaintiff and Lead Counsel on May 3, 2007;

WHEREAS, Plaintiffs' Amended Complaint is currently due on June 18, 2007;

WHEREAS, Plaintiffs have requested this extension to file an Amended Complaint to which Defendants do not object;

WHEREAS, the parties in this action have met and conferred and agree that it is in their mutual interest to extend the current briefing schedule by an additional fourteen days; and

WHEREAS, the proposed modification to the briefing schedule will not prejudice any party and will not cause undue delay:

**IT IS THEREFORE STIPULATED THAT:**

1. Plaintiffs will file an Amended Complaint on or before July 2, 2007;

2. Defendants will file a motion to dismiss to Plaintiffs' Amended Complaint on or before August 16, 2007;

3. Plaintiffs will file an opposition to Defendants' motion to dismiss on or before October 1, 2007;

4. Defendants will file a reply to Plaintiffs' opposition on or before October 31, 2007.

STIPULATION AND PROPOSED ORDER TO MODIFY BRIEFING SCHEDULE
Case No. 07-CV-0392-SC

1

| | | |
|---|---|---|
| 1 | Dated: June 14, 2007 | **GREEN WELLING LLP** |
| 2 | | |
| 3 | | By:     /s/     <br>         Robert S. Green |
| 4 | | |
| 5 | | 595 Market Street, Suite 2750 <br> San Francisco, CA 94105 <br> Telephone: (415) 477-6700 |
| 6 | | Facsimile: (415) 477-6710 |
| 7 | | *Liaison Counsel for Plaintiffs* |
| 8 | | |
| 9 | | William B. Federman <br> **FEDERMAN & SHERWOOD** |
| 10 | | 10205 N. Pennsylvania Avenue <br> Oklahoma City, OK  73120 |
| 11 | | Telephone: (405) 235-1560 <br> Facsimile: (405) 235-2112 |
| 12 | | |
| 13 | | *Lead Counsel for Plaintiffs* |
| 14 | Dated: June 14, 2007 | **HELLER EHRMAN LLP** |
| 15 | | |
| 16 | | By:     /s/     <br>         Nathaniel Spencer-Mork |
| 17 | | |
| 18 | | Carol Lynn Thompson <br> 333 Bush St. |
| 19 | | San Francisco, CA 94104-2878 <br> Telephone: (415) 772-6000 |
| 20 | | Facsimile:  (415) 772-6268 |
| 21 | | Michael L. Charlson <br> **HELLER EHRMAN LLP** |
| 22 | | 275 Middlefield Rd. |
| 23 | | Menlo Park, CA 94025-3506 <br> Telephone: (650) 324-7000 |
| 24 | | Facsimile:  (650) 324-0638 |
| 25 | | *Attorneys For Defendants* |

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti)

28  STIPULATION AND PROPOSED ORDER TO MODIFY BRIEFING SCHEDULE
Case No. 07-CV-0392-SC

**GENERAL ORDER 45(X)**

I, Robert S. Green, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45 (X)(B), I hereby attest that Nathaniel Spencer-Mork concurred in this filing.

DATED: June 14, 2007                    By:   _____/s/_____
                                                  Robert S. Green

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____                  _____
                                        THE HONORABLE SAMUEL CONTI
                                        UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND PROPOSED ORDER TO MODIFY BRIEFING SCHEDULE
Case No. 07-CV-0392-SC

3