Michael L. Charlson (SBN 122125)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Phone: +1.650.324.7000
Facsimile: +1.650.324.0638
E-Mail: Michael.Charlson@hellerehrman.com

Carol Lynn Thompson (SBN 148079)
Nathaniel Spencer-Mork (SBN 226886)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
E-Mail: CarolLynn.Thompson@hellerehrman.com
E-Mail: Nate.SpencerMork@hellerehrman.com

Attorneys for Defendants JOHN E. MCNULTY, TIM STEINKOPF and SECURE COMPUTING CORPORATION

[Appearance Of Additional Counsel Noted On Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSENBAUM CAPITAL, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN E. MCNULTY, TIM STEINKOPF AND SECURE COMPUTING CORPORATION,<br><br>    Defendants. | Case No.: 3:07-CV-0392 SC<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>The Honorable Samuel Conti |

Heller Ehrman LLP

STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES, Case No.: 3:07-CV-0392 SC

The parties to the above-entitled action, by and through their counsel of record, hereby stipulate as follows:

## **STIPULATION**

WHEREAS, the complaint in this action was filed on January 19, 2007;

WHEREAS, Plaintiff Rosenbaum Capital, LLC ("Plaintiff") filed an amended complaint in this action on July 2, 2007;

WHEREAS, defendants' motion to dismiss the amended complaint has been fully briefed, and is set for hearing on November 30, 2007;

WHEREAS, pursuant to the Clerk's Notice, the Initial Case Management Conference in this action is scheduled for December 7, 2007;

WHEREAS, "all discovery and other proceedings" in this action are stayed during the pendency of defendants' motion to dismiss, pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b)(3)(B);

WHEREAS, the parties agree that an initial case management conference pursuant to Federal Rule of Civil Procedure 16(b) and related procedures under Federal Rule of Civil Procedure 26 are premature in light of the pending motion to dismiss and stay of proceedings;

\*     \*     \*

NOW THEREFORE, it is hereby stipulated that, subject to the Court's approval, the Case Management Conference set for December 7, 2007 shall be rescheduled to April 4, 2007.  All other deadlines under Federal Rule of Civil Procedure 26 shall be reset accordingly.

SO STIPULATED.

November 12, 2007                    HELLER EHRMAN LLP

By  /s/ Michael L. Charlson
MICHAEL L. CHARLSON
Attorneys for Defendants

1

STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES, Case No.: 3:07-CV-0392 SC

| | |
|---|---|
| November 12, 2007 | FEDERMAN & SHERWOOD |
| | By  /s/ William B. Federman |
| | William B. Federman<br>10205 N. Pennsylvania<br>Oklahoma City, OK 73120<br>Telephone: (405) 235-1560<br>Facsimile: (405) 239-2112 |
| | Lead Counsel for Plaintiffs |
| | Robert S. Green<br>GREEN WELLING LLP<br>595 Market Street, Suite 2750<br>San Francisco, CA 94105<br>Telephone; (415) 477-6700<br>Facsimile: (415) 477-6710<br>Email: cand.uscourts@classcounsel.com |
| | Liaison Counsel for Plaintiffs |
| | Mark Henzel<br>LAW OFFICES OF MARK HENZEL<br>273 Montgomery Ave., Suite 202<br>Bala Cynwyd, PA 19004<br>Telephone: (610) 660-8000<br>Facsimile: (610) 660-8080 |
| | Additional Counsel for Plaintiffs |

**GENERAL ORDER 45 ATTESTATION**

I, Michael L. Charlson, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**.  In compliance with General Order 45, X.B., I hereby attest that William B. Federman, Lead Counsel for Plaintiffs, have concurred in this filing.

| | |
|---|---|
| Dated: November 12, 2007 | By: /s/ Michael L. Charlson |
| | Michael L. Charlson<br>HELLER EHRMAN LLP<br>Attorneys for Defendants JOHN E. MCNULTY, TIM STEINKOPF and SECURE COMPUTING CORPORATION |

Heller Ehrman LLP

2

STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES, Case No.: 3:07-CV-0392 SC

**[PROPOSED] ORDER**

Having considered the stipulation of counsel and good cause appearing therefore, IT IS HEREBY ORDERED that the Case Management Conference set for December 7, 2007 is rescheduled to April 4, 2008. All related deadlines under Federal Rule of Civil Procedure 26 are reset accordingly.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 11/13/07



THE HON. SAMUEL L. CONTI
UNITED STATES DISTRICT COURT JUDG

Heller Ehrman LLP

3

STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES, Case No.: 3:07-CV-0392 SC