UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSENBAUM CAPITAL, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN E. MCNULTY, TIM STEINKOPF )<br>AND SECURE COMPUTING )<br>CORPORATION, )<br>)<br>Defendants, )<br>)<br>) | Case No. 07-CV-0392-SC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S OPPOSED APPLICATION TO FILE SURREPLY TO THE REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |

1  Plaintiff's Opposed Application to File Surreply to the Reply Memorandum in Support of
2  Defendants' Motion to Dismiss for Failure to State a Claim is granted.  Plaintiff shall file its Surreply
3  to Defendants' Reply Memorandum in Support of Defendants' Motion to Dismiss for Failure to State
4  a Claim within three (3) court days of the date of this Order.  ==The Surreply is not to excced 5 pages.==

Dated: November __16__, 2007

                                                    _____
                                                    JUDGE OF THE UNITED STATES
                                                    DISTRICT COURT

[APPROVED — Judge Samuel Conti]

Submitted by:

Robert S. Green (State Bar No. 136183)
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, CA  94105
Telephone: (415) 477-6700
Facsimile:  (415) 477-6710
cand.uscourts@classcounsel.com
*Liaison Counsel for Plaintiffs*

William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone:  (405) 235-1560
Facsimile:  (405) 239-2112
*wfederman@aol.com*
*Lead Counsel for ==Plaintiffs==*