Michael L. Charlson (SBN 122125)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Phone: +1.650.324.7000
Facsimile: +1.650.324.0638
E-Mail: Michael.Charlson@hellerehrman.com

Carol Lynn Thompson (SBN 148079)
Nathaniel Spencer-Mork (SBN 226886)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
E-Mail: CarolLynn.Thompson@hellerehrman.com
E-Mail: Nate.SpencerMork@hellerehrman.com

Attorneys for Defendants JOHN E. MCNULTY, TIM STEINKOPF and SECURE COMPUTING CORPORATION

[Appearance Of Additional Counsel Noted On Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSENBAUM CAPITAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN E. MCNULTY, TIM STEINKOPF AND SECURE COMPUTING CORPORATION, <br><br> Defendants. | Case No.: 3:07-CV-0392 SC <br><br> **STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** <br><br> The Honorable Samuel Conti |

Heller Ehrman LLP

STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES, Case No.: 3:07-CV-0392 SC

The parties to the above-entitled action, by and through their counsel of record, hereby stipulate as follows:

## STIPULATION

WHEREAS, the complaint in this action was filed on January 19, 2007;

WHEREAS, Plaintiff Rosenbaum Capital, LLC ("Plaintiff") filed the Class Action Amended Complaint ("Amended Complaint") in this action on July 2, 2007;

WHEREAS, Defendants Secure Computing Corporation ("Secure"), John McNulty and Timothy Steinkopf filed a motion to dismiss the Amended Complaint on August 16, 2007;

WHEREAS, on March 4, 2008, the Court issued an order denying the motion to dismiss;

WHEREAS, "all discovery and other proceedings" in this action were stayed during the pendency of defendants' motion to dismiss, pursuant to the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b)(3)(B);

WHEREAS, pursuant to the Clerk's Notice, the Initial Case Management Conference in this action is scheduled for April 4, 2008, and therefore pursuant to Federal Rule of Civil Procedure 26(f), the deadline for the parties to meet and confer is March 14, 2008, and the deadline to file a report under Rule 26(f) is March 28, 2008;

WHEREAS, Mary K. Budge, Senior Vice President and General Counsel to defendant Secure, is unavailable and is expected to remain unavailable until some time during the week of March 17, 2008 because she is attending trial in a patent action to which Secure is a party, *Finjan Software Ltd. v. Secure Computing Corporation et al.*, United States District Court for the District of Delaware Case No. 1:06-cv-00369-GMS.  Ms. Budge is the only in-house attorney at Secure and her participation is necessary to the parties' discussion of topics identified in Federal Rule of Civil Procedure 26(f) and this Court's March 1, 2007 Standing Order for All Judges Regarding the Contents of Joint Case Management Statement, and to preparation of the parties' Rule 26(f) report;

WHEREAS, the parties agree that a brief continuance of the Initial Case

Heller Ehrman LLP

1

Management Conference is in all parties' interests;

\* \* \*

NOW THEREFORE, the parties respectfully request that the Court reschedule the Case Management Conference set for April 4, 2008 to April 18, 2008. All other deadlines under Federal Rule of Civil Procedure 26 shall be reset accordingly.

SO STIPULATED.

March 11, 2008                                HELLER EHRMAN LLP

By /s/ Michael L. Charlson
    MICHAEL L. CHARLSON

Attorneys for Defendants

March 11, 2008                                FEDERMAN & SHERWOOD

By /s/ William B. Federman

William B. Federman
10205 N. Pennsylvania
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112

Lead Counsel for Plaintiffs

Robert S. Green
GREEN WELLING LLP
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone; (415) 477-6700
Facsimile: (415) 477-6710
Email: cand.uscourts@classcounsel.com

Liaison Counsel for Plaintiffs

Mark Henzel
LAW OFFICES OF MARK HENZEL
273 Montgomery Ave., Suite 202
Bala Cynwyd, PA 19004
Telephone: (610) 660-8000
Facsimile: (610) 660-8080

Additional Counsel for Plaintiffs

Heller Ehrman LLP

2

STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES, Case No.: 3:07-CV-0392 SC

**GENERAL ORDER 45 ATTESTATION**

I, Michael L. Charlson, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**. In compliance with General Order 45, X.B., I hereby attest that William B. Federman, Lead Counsel for Plaintiffs, have concurred in this filing.

Dated: March 10, 2008                     By: /s/ Michael L. Charlson

                                                 Michael L. Charlson
HELLER EHRMAN LLP
Attorneys for Defendants JOHN E. MCNULTY, TIM STEINKOPF and SECURE COMPUTING CORPORATION

Heller Ehrman LLP

3

STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES, Case No.: 3:07-CV-0392 SC

## [PROPOSED] ORDER

Having considered the stipulation of counsel and good cause appearing therefore, IT IS HEREBY ORDERED that the Case Management Conference set for April 4, 2008 is continued to May 9, 2008. All related deadlines under Federal Rule of Civil Procedure 26 are reset accordingly.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 3/11/08



THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE

Heller Ehrman LLP

4

STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES, Case No.: 3:07-CV-0392 SC