1  MICHAEL L. CHARLSON (SBN 122125)
   HELLER EHRMAN LLP
2  275 Middlefield Road
   Menlo Park, California 94025-3506
3  Telephone: +1.650.324.7000
   Facsimile: +1.650.324.0638
4  E-Mail: Michael.Charlson@hellerehrman.com

5  CAROL LYNN THOMPSON (SBN 148079)
   NATHANIEL SPENCER-MORK (SBN 226886)
6  HELLER EHRMAN LLP
   333 Bush Street
7  San Francisco, California  94104-2878
   Telephone: +1.415.772.6000
8  Facsimile: +1.415.772.6268
   E-Mail: CarolLynn.Thompson@hellerehrman.com
9  E-Mail: Nate.SpencerMork@hellerehrman.com

10 Attorneys for Defendants JOHN E. MCNULTY, TIM STEINKOPF and SECURE
   COMPUTING CORPORATION
11
   [Appearance Of Additional Counsel
12 Noted On Signature Page]

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

16 ROSENBAUM CAPITAL, LLC,                    Case No.:  3:07-CV-0392 SC

17                          Plaintiff,        **SECOND STIPULATION
                                              EXTENDING DEFENDANTS' TIME
18        v.                                  TO ANSWER COMPLAINT**

19 JOHN E. MCNULTY, TIM STEINKOPF AND         Civ. L.R. 6-1(a)
   SECURE COMPUTING CORPORATION,
20                                            The Honorable Samuel Conti
                          Defendants.
21

22

23

24

25

26

27

28

Heller
Ehrman LLP

Pursuant to Civil Local Rule 6.1(a), the parties to the above-entitled action, by and through their counsel of record, hereby stipulate as follows:

**<u>STIPULATION</u>**

WHEREAS, the initial complaint in this action was filed on January 19, 2007;

WHEREAS, Plaintiff Rosenbaum Capital, LLC ("Plaintiff") filed the Class Action Amended Complaint ("Amended Complaint") in this action on July 2, 2007;

WHEREAS, Defendants Secure Computing Corporation, John McNulty and Timothy Steinkopf (collectively, "Defendants") filed a motion to dismiss the Complaint on August 16, 2007;

WHEREAS, on March 4, 2008, the Court issued an order denying the Motion to Dismiss;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' answers to the Amended Complaint were due March 18, 2008;

WHEREAS, the parties previously stipulated to extend to April 18, 2008, Defendants' time to file answers to the Amended Complaint;

WHEREAS, the parties now agree that it is in their interest to extend Defendants' time to file answers to the Amended Complaint;

WHEREAS, such an extension of time to answer will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, pursuant to Civil Local Rule 6.1(a), no court order is required to give effect to this Stipulation.

Heller
Ehrman LLP

1

* * *

NOW THEREFORE, the parties stipulate that Defendants' answers to the Amended Complaint shall be filed and served no later than April 25, 2008.

SO STIPULATED.

April 14, 2008

HELLER EHRMAN LLP

By  /s/ Michael L. Charlson
        MICHAEL L. CHARLSON

Attorneys for Defendants
JOHN E. MCNULTY, TIM STEINKOPF and
SECURE COMPUTING CORPORATION



IT IS SO ORDERED

Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Heller
Ehrman LLP

SECOND STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER COMPLAINT
CASE NO.: 3:07-CV-0392 SC

April 14, 2008                          FEDERMAN & SHERWOOD

                                        By   /s/ William B. Federman

                                        William B. Federman
                                        10205 N. Pennsylvania
                                        Oklahoma City, OK 73120
                                        Telephone: (405) 235-1560
                                        Facsimile: (405) 239-2112

                                        Lead Counsel for Plaintiffs

                                        Robert S. Green
                                        GREEN WELLING LLP
                                        595 Market Street, Suite 2750
                                        San Francisco, CA 94105
                                        Telephone; (415) 477-6700
                                        Facsimile: (415) 477-6710
                                        Email: cand.uscourts@classcounsel.com

                                        Liaison Counsel for Plaintiffs

                                        Mark Henzel
                                        LAW OFFICES OF MARK HENZEL
                                        273 Montgomery Ave., Suite 202
                                        Bala Cynwyd, PA 19004
                                        Telephone: (610) 660-8000
                                        Facsimile: (610) 660-8080

                                        Additional Counsel for Plaintiffs


**GENERAL ORDER 45 ATTESTATION**


I, Michael L. Charlson, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**. In compliance with General Order 45, X.B., I hereby attest that William B. Federman, Lead Counsel for Plaintiffs, have concurred in this filing.


Dated: April 14, 2008                   By: /s/ Michael L. Charlson

                                            Michael L. Charlson
                                            HELLER EHRMAN LLP
                                            Attorneys for Defendants JOHN E.
                                            MCNULTY, TIM STEINKOPF and SECURE
                                            COMPUTING CORPORATION