MICHAEL L. CHARLSON (SBN 122125)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025-3506
Telephone: +1.650.324.7000
Facsimile: +1.650.324.0638
E-Mail: Michael.Charlson@hellerehrman.com

CAROL LYNN THOMPSON (SBN 148079)
NATHANIEL SPENCER-MORK (SBN 226886)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California  94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268
E-Mail: CarolLynn.Thompson@hellerehrman.com
E-Mail: Nate.SpencerMork@hellerehrman.com

Attorneys for Defendants
JOHN E. MCNULTY, TIM STEINKOPF and
SECURE COMPUTING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSENBAUM CAPITAL, LLC,<br><br>                              Plaintiff,<br><br>        v.<br><br>JOHN E. MCNULTY, TIM STEINKOPF AND SECURE COMPUTING CORPORATION,<br><br>                              Defendants. | Case No.:  3:07-CV-0392 SC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE**<br><br>**FED. R. CIV. P. 26(a)(1)**<br><br>The Honorable Samuel Conti |

WHEREAS, the above-captioned action is a class action brought by plaintiff, Rosenbaum Capital, LLC, against defendants John McNulty, Tim Steinkopf and Secure Computing Corporation (collectively "Defendants"; collectively with Plaintiff, "Parties") alleging violations by the Defendants of the federal securities laws;

WHEREAS, believing there are reasonable prospects for settlement of this action, counsel for the Parties have met and conferred in an effort to schedule a mediation of this dispute;

WHEREAS, the Parties had agreed to a mediation that was scheduled for October 30, 2008 before Hon. Daniel Weinstein (Ret.);

WHEREAS, owing to changes in the mediator's schedule, the mediator informed the parties on August 29 that he had become unavailable for the scheduled October 30 mediation;

WHEREAS, the Parties are diligently seeking a new date, if necessary before a different mediator, with the goal of conducting a mediation before the end of October;

NOW THEREFORE, IT IS STIPULATED AND AGREED by the Parties, through their respective counsel of record, as follows:

1. The Parties will promptly file a Joint Status Report notifying the Court of the details of the mediation once it is confirmed.

2. The Parties agree to vacate the hearing date of November 21, 2008 for Plaintiff's Motion for Class Certification to permit the parties time to conduct a mediation. The parties further agree to vacate all deadlines for submissions relating to the hearing on class certification.

3. The Parties agree that the Case Management Conference scheduled for November 21, 2008, will remain in place. The Parties will file a Joint Case Management Conference Statement no later than November 11, 2008. The Joint Case Management Conference Statement will inform the Court regarding the results of the mediation. In the event that mediation is unsuccessful, the Parties will propose a new schedule for briefing hearing Plaintiff's Motion for Class Certification.

4. The Parties agree that to avoid substantial additional costs to the parties and to enhance the possibility of reaching a settlement, discovery activity shall be suspended from the date of the filing of this Stipulation until November 11, 2008. Specifically, the Parties will suspend meet-and-confer activities regarding Plaintiff's responses to Defendants' First Sets of Requests for Production and Interrogatories; Defendants will suspend rolling production of documents responsive to Plaintiff's First Set of Requests for Production of Documents; and the Depositions of Jonathan Levene and Rosenbaum Capital Management LLC, currently noticed for September 9, 2008, shall be taken off calendar; however, to the extent that third parties have responded or do respond to Defendants' subpoenas, Defendants will provide Plaintiff with duplicate copies of all such documents. The temporary suspension of discovery activity shall be without prejudice to any party. Without limiting the generality of the foregoing, any new schedule that may be set in the case following an unsuccessful mediation shall allow Defendants sufficient time to complete class discovery from Plaintiff before opposing any motion for class certification, including, without limitation, discovery from Scott Hakala regarding the matters set forth in his Declaration Regarding Market Efficiency and Loss Causation filed August 29, 2008. The temporary suspension of discovery activity shall not extend to discovery in response to subpoenas previously served on third parties.

5. By executing this Stipulation, the parties do not waive, and instead expressly retain, all claims, defenses and arguments whether procedural, substantive or otherwise. This Stipulation is without prejudice to any subsequent motion to stay this action. Any Order entered pursuant to this Stipulation is without prejudice to the rights of any party to apply for a modification of this Order for good cause.

//
//
//
//
//

Heller
Ehrman LLP

2
STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE
CASE NO.: 3:07-CV-0392 SC

**IT IS SO STIPULATED.**

September 4, 2008                     HELLER EHRMAN LLP

                                      By /s/ Michael L. Charlson
                                           MICHAEL L. CHARLSON
                                      Attorneys for Defendants

September 4, 2008                     FEDERMAN & SHERWOOD

                                      By /s/ William B. Federman

                                      William B. Federman
                                      10205 N. Pennsylvania
                                      Oklahoma City, OK 73120
                                      Telephone: (405) 235-1560
                                      Facsimile: (405) 239-2112

                                      Lead Counsel for Plaintiffs

                                      Robert S. Green
                                      GREEN WELLING LLP
                                      595 Market Street, Suite 2750
                                      San Francisco, CA 94105
                                      Telephone; (415) 477-6700
                                      Facsimile: (415) 477-6710
                                      Email: cand.uscourts@classcounsel.com

                                      Liaison Counsel for Plaintiffs

### GENERAL ORDER 45 ATTESTATION

I, Michael L. Charlson, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE**. In compliance with General Order 45, X.B., I hereby attest that William B. Federman, Lead Counsel for Plaintiffs, have concurred in this filing.

Dated: September 4, 2008              By: /s/ Michael L. Charlson

                                      Michael L. Charlson
                                      HELLER EHRMAN LLP
                                      Attorneys for Defendants
                                      JOHN E. MCNULTY, TIM STEINKOPF
                                      and SECURE COMPUTING
                                      CORPORATION

### [~~PROPOSED~~] ORDER.

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

(1) The Parties shall promptly file a Joint Status Report notifying the Court of the details of the mediation once it is confirmed.

(2) The hearing on Plaintiff's Motion for Class Certification currently set for November 21, 2008 and all deadlines regarding the Motion for Class Certification are VACATED.

(3) The Case Management Conference set for November 21, 2008 shall be remain on calendar.  The Parties shall file a Joint Case Management Conference Statement by November 11, 2008.

(4) To avoid substantial additional costs to the parties and to enhance the possibility of reaching a settlement, discovery activity between and among the parties shall be suspended until November 11, 2008, without prejudice to any party.

IT IS SO ORDERED.

DATED: 9/5/08



THE HONORABLE CONTI
UNITED STATES DISTRICT COURT JUDGE

---

Heller Ehrman LLP

4

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE
CASE NO.: 3:07-CV-0392 SC