1  MICHAEL L. CHARLSON (Bar No. 122125)
   HOGAN & HARTSON L.L.P.
2  525 University Avenue, 2nd Floor
   Palo Alto, California  94601
3  Telephone:  (650) 463-4000
   Facsimile:  (650) 463-4199
4  *Attorneys for Defendants*
   *John E. McNulty, Tim Steinkopf and Secure*
5  *Computing Corporation*

6

7  WILLIAM B. FEDERMAN (*Pro Hac Vice*)
   FEDERMAN & SHERWOOD
8  10205 N. Pennsylvania
   Oklahoma City, Oklahoma  73120
9  Telephone:  (405) 235-1560
   Facsimile:  (405) 239-2112
10 *Lead Counsel for Plaintiffs*

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

14

   ROSENBAUM CAPITAL, LLC,                    No. 3:07-CV-0392-SC
15
                Plaintiff,                    **JOINT STIPULATION AND**
16                                            **[PROPOSED] ORDER REGARDING**
        v.                                    **BRIEFING SCHEDULE FOR**
17                                            **PRELIMINARY APPROVAL OF**
   JOHN E. MCNULTY, TIM STEINKOPF and         **SETTLEMENT**
18 SECURE COMPUTING CORPORATION,
                                              The Honorable Samuel Conti
19              Defendant.

20

21

22

23

24

25

26

27

28

1    WHEREAS the parties to this litigation, Lead Plaintiff Rosenbaum Capital, LLC

2    and defendants Secure Computing Corporation ("Secure" or the "Company"), John McNulty and

3    Tim Steinkopf (collectively "the parties") engaged in a mediation on October 14, 2008 before the

4    Hon. Layn Phillips (Ret.) that resulted in a settlement in principal;

5    WHEREAS the parties are in the process of finalizing the documents

6    memorializing the terms of that settlement, including the Stipulation of Settlement, the Notice of

7    Settlement, the [Proposed] Final Judgment, the [Proposed] Preliminary Approval Order, the

8    [Proposed] Order Approving Award of Attorneys' Fees and Reimbursement of Expenses, the

9    Summary Notice for Publication and the Proof of Claim and Release;

10    WHEREAS on December 2, 2008 the Court ordered that Lead Plaintiff file its

11    Motion for Preliminary Approval of Settlement ("the Preliminary Approval Motion") and

12    scheduled the hearing on Lead Plaintiff's Preliminary Approval Motion for February 6, 2009 at

13    10:00a.m.;

14    WHEREAS there remains a final outstanding issue between the Company and its

15    insurer; however it is believed that this issue can be resolved on or before January 2, 2009, which

16    would be the normal 35-day notice deadline for a February 6, 2009 hearing;

17    WHEREAS the parties request that the briefing schedule for Lead Plaintiff's

18    Preliminary Approval Motion be modified to provide that the Stipulation of Settlement and Lead

19    Plaintiff's Preliminary Approval Motion be filed on or before January 2, 2009 and that the

20    hearing on the Preliminary Approval Motion proceed as currently scheduled on February 6, 2009

21    at 10:00a.m.

22    WHEREAS Defendants do not intend to oppose Lead Plaintiff's Preliminary

23    Approval Motion so that the parties do not expect that opposition or reply memoranda will be

24    filed in advance of the hearing;

25

26

27

28

Joint Stipulation and [Proposed] Order Regarding
Briefing Schedule for Preliminary Approval of
Settlement

1  THEREFORE, IT IS STIPULATED AND AGREED by Lead Plaintiff and

2  Defendants, through their respective counsel of record, as follows:

3  The briefing schedule for the Preliminary Approval Motion shall be modified so

4  that the Stipulation of Settlement and Lead Plaintiff's Preliminary Approval Motion may be filed

5  on or before January 2, 2009 which is no less than 35 days before the current hearing date of

6  February 6, 2009.

7  IT IS SO STIPULATED:

8

9  By: _____/s/_____

10  William B. Federman (admitted *Pro Hac Vice*)
   **FEDERMAN & SHERWOOD**

11  10205 N. Pennsylvania Avenue
   Oklahoma City, Oklahoma 73120
   Telephone: (405) 235-1560

12  Facsimile: (405) 239-2112

13  *Lead Counsel for Plaintiffs*

14

15  By: _____/s/_____

16  Michael L. Charlson (SBN 122125)
   **HOGAN & HARTSON LLP**

17  525 University Ave, 2nd Floor
   Palo Alto, California 94301

18  Phone: (650) 463-4000
   Facsimile: (650) 463-4199

19

20  *Attorneys for Defendants*
   *John E. McNulty, Tim Steinkopf and*
   *Secure Computing Corporation*

21

22

23

24

25

26

27

28

Joint Stipulation and [Proposed] Order Regarding
Briefing Schedule for Preliminary Approval of
Settlement

1            I, Michael L. Charlson, am the ECF User whose ID and password are being used

2    to file this Joint Stipulation and [Proposed] Order Regarding Briefing Schedule for Preliminary

3    Approval of Settlement.  In compliance with General Order 45, X.B., I hereby attest that William

4    B. Federman has concurred in this filing.

5

6    DATED: December 19, 2008          HOGAN & HARTSON LLP

7

8                                                  By_____/s/_____

9                                                          Michael L. Charlson

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation and [Proposed] Order Regarding
Briefing Schedule for Preliminary Approval of
Settlement

**[~~PROPOSED~~] ORDER**

Upon reading and considering the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that:

     1.    The hearing on the Motion for Preliminary Approval of Settlement will take place on February 6, 2009, at 10 a.m.

     2.    The briefing schedule for the Motion for Preliminary Approval of Settlement is hereby modified.

     3.    The Stipulation of Settlement and Lead Plaintiff's Preliminary Approval Motion may be filed on or before January 2, 2009, which is no less than 35 days before the hearing date of February 6, 2009.

Dated: ___January 6___, 2008

_____
The Honorable Samuel Conti
U.S. District Judge

*IT IS SO ORDERED*

*Judge Samuel Conti*

Joint Stipulation and [Proposed] Order Regarding
Briefing Schedule for Preliminary Approval of
Settlement