UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROSENBAUM CAPITAL, LLC, | ) | Case No. 07-0392 SC |
| Plaintiff, | ) ) ) | ORDER MODIFYING AND |
| v. | ) ) | APPROVING PLAN OF ALLOCATION OF |
| JOHN E. MCNULTY, TIM STEINKOPF, and SECURE COMPUTING CORPORATION, | ) ) ) | SETTLEMENT PROCEEDS <u>AS MODIFIED</u> |
| Defendants. | ) ) | |

A hearing was held before this Court on June 26, 2009 for final approval of Lead Plaintiff's ("Lead Plaintiff") Plan of Allocation of Settlement Proceeds to the Class comprising all persons and entities who purchased or otherwise acquired securities of Secure Computing Corporation ("Secure" or the "Company") from May 4, 2006 through July 11, 2006, inclusive. The Court, having considered all matters submitted to it at the hearing and otherwise having determined the fairness and reasonableness of the proposed Settlement of the claims of the Class Members against the Defendants:

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. This Order incorporates by reference the definitions in the Stipulation, and all capitalized terms used herein shall have the same meaning as set forth in the Stipulation of Settlement.

2. This Court has jurisdiction over the subject matter of

the Action and over all parties to the Action, including all Class Members.

3. The Plan of Allocation is modified as follows: Any funds remaining in the Net Settlement Fund after all Authorized Claimants have received an amount equal to 100% of their actual losses, pursuant to Part G.3. of the Plan of Allocation, will be paid as a cy pres charitable contribution to an institution to be approved by this Court upon a motion of one or both of the parties to this Action.

4. The Court hereby finds that the Plan of Allocation, as modified, is designed to fairly and rationally allocate the proceeds of the Settlement among Class Members based on the extent of their damages.

5. The Court hereby finds that the Plan of Allocation of Settlement Proceeds from the Settlement, as modified, is fair, adequate and reasonable to the Class.

6. Lead Counsel is directed to allocate the Settlement Proceeds in accordance with the Terms and Provisions of the Plan of Allocation of Settlement Proceeds, as modified herein.

IT IS SO ORDERED.

July 8, 2009

_____
UNITED STATES DISTRICT JUDGE